**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: HIMIA LIBRADA GONZALEZ SANTIAGO<br><br>DEBTOR(S) | CASE NO.16-07231 (EAG)<br><br>CHAPTER 13 |

### NOTICE OF FILING AMEDED PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice is hereby given that Debtors filed a Chapter 13 Amended Plan dated November 12, 2016.

Parties in interest are hereby granted twenty one (21) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as contested matter.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 13 Trustee; and to all subscribed users. We will serve by regular mail this document to any creditor as per master address list upon knowing that they are non CM/ECF participants.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON NOVEMBER 12, 2016.

/S/ HIMIA LIBRADA GONZALEZ SANTIAGO
*SIGNATURE*
**Respectfully**

In Camuy, Puerto Rico, this November 12, 2016.

/S/ PABLO I. CABRERA VARGAS
USDC PR # 216805
HC-06 BOX 69825
CAMUY, Puerto Rico 00627
Tel. (787) 262-1668
E-mail: picabreravargas@gmail.com

1

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:  Case No. _____

**SANTIAGO, HIMIA LIBRADA GONZALEZ**_____  Chapter **13**_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **11/12/2016**
☐ PRE ☐ POST-CONFIRMATION     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| **1,104.00** | | **4** | | **4,416.00** | |
| **449.00** | | **56** | | **25,144.00** | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL: $ **29,560.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **29,560.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,800.00**

Signed: **/s/ HIMIA LIBRADA GONZALEZ SANTIAGO**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**_____ Cr. _____ Cr. _____
 # **0701709859**_____ # _____ # _____
 $ **1,433.12** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
  **BPPR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
"TRUSTEE TO PAY ATTORNEYS FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11USC 330"

"ANY POST PETITION INCOME TAX REFUND THAT DEBTOR WOULD BE ENTITLE TO RECEIVED DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN, AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND"

---

Attorney for Debtor **Pablo I Cabrera**_____     Phone: _____

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)